UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

FILED
JUL 14 2014
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

MALIBU MEDIA, LLC )
    Plaintiff )
)
v. ) Case No. 1:14-cv-00863-TWP-MID
)
John Doe subscriber assigned IP address )
98.212.66.111 )
    Defendant )

## OBJECTION

I, Danny Eppard, a designated defendant in the above captioned litigation, objects to the furnishing by Comcast of any such information pertaining to Internet traffic from IP: 98.212.66.111 on May 8, 2014. I have no knowledge which leads me to believe that any Internet traffic from the aforementioned IP address was uploaded and/or downloaded to a computer in my residence. Any Internet traffic could have been accessed from any outside source that freely uses this IP address.

Respectfully Submitted,

*/s/ Danny Eppard*
Danny Eppard
405 E. Church Street
Post Office Box 446
Eaton, Indiana 47338
Telephone: (765) 396-3725

I hereby certify that a copy of the foregoing was served upon Comcast by facsimile transmission at 866.947.5587 this __12__ day of July, 2014.

*/s/ Danny Eppard*
Danny Eppard